IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DONNA ANNICELLI | Criminal Number CR 08 30 ML<br><br>Violation of Title 18, Section 641 of the United States Code |

FILED
MAR 21 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges:

From on or about August 1, 2000 to on or about June 1, 2007, in the District of Rhode Island, Defendant DONNA ANNICELLI did knowingly steal, purloin, and convert to her own use and to the use of others $88,643 in funds belonging to the Social Security Administration, a department and/or agency of the United States, to which she knew she was not entitled, all in violation of 18 U.S.C. § 641.

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________
MILIND M. SHAH
Assistant U.S. Attorney

______________________
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, Criminal Division

DATE: 03/21/2008