AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
DONNA ANNICELLI

WAIVER OF INDICTMENT

CR 08 30 ML

CASE NUMBER:

I, Donna Annicelli, the above named defendant, who is accused of knowing theft of funds belonging to the Social Security Administration, in violation of 18 U.S.C. Section 641

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3\27\08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant DONNA ANNICELLI

Counsel for Defendant JUDITH CROWELL, ESQUIRE

Before ______________________
Judicial Officer USMJ