IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Number 08-030ML |
| DONNA ANNICELLI | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION**

For the reasons set forth in the accompanying Sentencing Memorandum, the Government opposes Defendant's motion to impose a sentence below the Guideline range. As set forth in the Presentence Investigation Report, Defendant's Guideline range is ten to sixteen months. A split sentence at the low end of this range is both reasonable and appropriate.

Respectfully submitted,
UNITED STATES OF AMERICA
By its Attorneys,

Robert Clark Corrente
UNITED STATES ATTORNEY

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
Office (401) 709-5000
Facsimile (401) 709-5001
milind.shah@usdoj.gov