| Column A<br>MONTH | Column B<br>DEPOSITS BY SSA | Column C<br>ACCOUNT BALANCE (as of the 24th day of the month) | Column D<br>TOTAL FUNDS WITHDRAWN | Column E<br>WITHDRAWALS VIA CHECK | Column F<br>WITHDRAWALS VIA ATM |
|---|---|---|---|---|---|
| Jun-00 | 965.00 | 969.95 | 0.00 | 0 | 0 |
| Jul-00 | 965.00 | 1934.95 | 0.00 | 0 | 0 |
| Aug-00 | 965.00 | 2899.95 | 1000.00 | 0 | 2 |
| Sep-00 | 965.00 | 1864.95 | 1000.00 | 0 | 2 |
| Oct-00 | 965.00 | 2829.95 | 1200.00 | 0 | 3 |
| Nov-00 | 965.00 | 2594.95 | 0.00 | 0 | 0 |
| Dec-00 | 965.00 | 2059.95 | 1500.00 | 0 | 3 |
| | | | | | |
| Jan-01 | 996.00 | 3055.95 | 0.00 | 0 | 0 |
| Feb-01 | 996.00 | 4551.95 | 0.00 | 0 | 0 |
| Mar-01 | 996.00 | 5547.95 | 0.00 | 0 | 0 |
| Apr-01 | 996.00 | 6543.95 | 0.00 | 0 | 0 |
| May-01 | 996.00 | 7539.95 | 0.00 | 0 | 0 |
| Jun-01 | 996.00 | 8535.95 | 135.00 | 1 | 0 |
| Jul-01 | 1027.00 | 6842.95 | 2485.00 | 5 | 1 |
| Aug-01 | 997.00 | 6339.95 | 3178.00 | 9 | 1 |
| Sep-01 | 997.00 | 4273.95 | 1385.00 | 4 | 0 |
| Oct-01 | 997.00 | 4868.70 | 1302.25 | 0 | 3 |
| Nov-01 | 997.00 | 3965.70 | 1000.00 | 0 | 2 |
| Dec-01 | 997.00 | 4060.45 | 902.25 | 0 | 2 |
| | | | | | |
| Jan-02 | 1020.00 | 4678.20 | 1902.25 | 0 | 4 |
| Feb-02 | 1020.00 | 2415.95 | 2048.25 | 0 | 8 |
| Mar-02 | 1020.00 | 649.45 | 2520.50 | 0 | 8 |
| Apr-02 | 1020.00 | 1304.45 | 365.00 | 0 | 2 |
| May-02 | 1020.00 | 1107.70 | 1417.75 | 0 | 6 |
| Jun-02 | 1020.00 | 870.95 | 1977.00 | 0 | 9 |
| Jul-02 | 1020.00 | 16.95 | 1326.75 | 0 | 10 |
| Aug-02 | 1020.00 | 12.45 | 1024.50 | 0 | 5 |
| Sep-02 | 1020.00 | 5.70 | 1026.75 | 0 | 4 |
| Oct-02 | 1020.00 | 3.45 | 1022.25 | 0 | 6 |
| Nov-02 | 1020.00 | 31.20 | 1013.25 | 0 | 7 |
| Dec-02 | 1020.00 | 0.00 | 1085.20 | 0 | 8 |
| | | | | | |
| Jan-03 | 1030.00 | 25.00 | 950.00 | 0 | 3 |
| Feb-03 | 1030.00 | 4.50 | 1050.50 | 0 | 6 |
| Mar-03 | 1030.00 | -304.75 | 1369.25 | 0 | 12 |
| Apr-03 | 1030.00 | -401.50 | 1146.75 | 0 | 6 |
| May-03 | 1030.00 | -422.50 | 1046.00 | 0 | 6 |
| Jun-03 | 1030.00 | 319.75 | 267.75 | 0 | 2 |
| Jul-03 | 1030.00 | 1349.75 | 0.00 | 0 | 0 |
| Aug-03 | 1030.00 | 1379.75 | 1800.00 | 0 | 4 |
| Sep-03 | 1030.00 | 189.75 | 1520.00 | 0 | 6 |
| Oct-03 | 1030.00 | 217.50 | 1063.75 | 0 | 6 |
| Nov-03 | 1030.00 | 119.25 | 966.75 | 0 | 6 |
| Dec-03 | 1030.00 | 149.25 | 1000.00 | 0 | 2 |
| | | | | | |
| Jan-04 | 1045.00 | 486.00 | 1109.75 | 0 | 4 |
| Feb-04 | 1045.00 | 322.75 | 1006.75 | 0 | 3 |
| Mar-04 | 1045.00 | 362.25 | 805.50 | 0 | 2 |

| | | | | | |
|---|---|---|---|---|---|
| Apr-04 | 1045.00 | 504.50 | 902.75 | 0 | 2 |
| May-04 | 1045.00 | 338.50 | 1511.00 | 0 | 5 |
| Jun-04 | 1045.00 | 180.75 | 902.75 | 0 | 2 |
| Jul-04 | 1045.00 | 1022.50 | 203.25 | 0 | 1 |
| Aug-04 | 1045.00 | 212.00 | 2055.50 | 0 | 6 |
| Sep-04 | 1045.00 | 91.50 | 965.50 | 0 | 3 |
| Oct-04 | 1045.00 | 73.75 | 1062.75 | 0 | 3 |
| Nov-04 | 1045.00 | 118.75 | 1000.00 | 0 | 2 |
| Dec-04 | 1045.00 | 157.75 | 1006.00 | 0 | 3 |
| | | | | | |
| Jan-05 | 1063.00 | 377.75 | 843.00 | 0 | 3 |
| Feb-05 | 1063.00 | 237.75 | 1203.00 | 0 | 3 |
| Mar-05 | 1063.00 | 91.75 | 1209.00 | 0 | 4 |
| Apr-05 | 1063.00 | 545.75 | 1150.50 | 0 | 5 |
| May-05 | 1063.00 | 22.75 | 1044.50 | 0 | 5 |
| Jun-05 | 1063.00 | 33.50 | 1180.75 | 0 | 5 |
| Jul-05 | 1063.00 | 303.50 | 726.00 | 0 | 3 |
| Aug-05 | 1063.00 | 14.50 | 1290.50 | 0 | 5 |
| Sep-05 | 1063.00 | 77.50 | 1000.00 | 0 | 2 |
| Oct-05 | 1063.00 | 27.50 | 1113.00 | 0 | 4 |
| Nov-05 | 1063.00 | 27.00 | 1063.50 | 0 | 3 |
| Dec-05 | 1063.00 | 186.50 | 903.50 | 0 | 2 |
| | | | | | |
| Jan-06 | 1100.00 | 19.50 | 1267.00 | 0 | 4 |
| Feb-06 | 1100.00 | 516.00 | 1005.50 | 0 | 3 |
| Mar-06 | 1100.00 | 205.50 | 1008.50 | 0 | 3 |
| Apr-06 | 1100.00 | 305.50 | 1000.00 | 0 | 2 |
| May-06 | 1100.00 | 42.00 | 1363.50 | 0 | 4 |
| Jun-06 | 1100.00 | 68.00 | 1116.00 | 0 | 5 |
| Jul-06 | 1100.00 | 17.75 | 1108.25 | 0 | 4 |
| Aug-06 | 1100.00 | 433.75 | 684.00 | 0 | 2 |
| Sep-06 | 1100.00 | 33.75 | 1500.00 | 0 | 3 |
| Oct-06 | 1100.00 | 83.75 | 1100.00 | 0 | 5 |
| Nov-06 | 1100.00 | 30.25 | 1103.50 | 0 | 6 |
| Dec-06 | 1100.00 | 130.25 | 1000.00 | 0 | 2 |
| | | | | | |
| Jan-07 | 1134.00 | 234.25 | 1230.00 | 0 | 3 |
| Feb-07 | 1134.00 | 668.25 | 1000.00 | 0 | 2 |
| Mar-07 | 1134.00 | 638.75 | 1265.50 | 0 | 4 |
| Apr-07 | 1134.00 | 169.25 | 1001.50 | 0 | 2 |
| May-07 | 1134.00 | 803.25 | 500.00 | 0 | 1 |
| Jun-07 | 1134.00 | 1937.25 | 0.00 | 0 | 0 |
| Jul-07 | 0.00 | 0.00 | 0.00 | 0 | 0 |
| | | | | | |
| **Total** | **88643** | | | **19** | **290** |